[No. 49681-6-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CASEY CARL BERTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06322-3, Laura Gene Middaugh, J., entered December 10, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49775-8-I.   Division One.   February 18, 2003.]

CHRISTINA GOWER, *Respondent*, v. DAVID C. SHINSTROM, *Appellant*.

Appeal from judgments of the Superior Court for Skagit County, No. 99-2-01331-2, John M. Meyer, J., entered December 3 and 28, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Baker, JJ.

[No. 49816-9-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06965-7, Charles W. Mertel, J., entered December 11, 2001. *Remanded* by unpublished per curiam opinion.

[No. 49835-5-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ADOLFO PEDRAZA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09380-1, Jeffrey M. Ramsdell, J., entered December 17, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Baker, J.